UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BENJAMIN THIEROFF,

    Plaintiff,

vs.                                    Case No.: 3:14-CV-00209-HLA-JBT

ASSET ACCEPTANCE, LLC and
GLASS MOUNTAIN CAPITAL LLC;

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, BENJAMIN THIEROFF, by and through undersigned counsel, and pursuant to Local Rule 3.08, United States District Court, Middle District of Florida, hereby gives notice to the clerk, parties and their counsel that a settlement has been reached between Plaintiff, BENJAMIN THIEROFF, and the Defendants, ASSET ACCEPTANCE, LLC and GLASS MOUNTAIN CAPITAL LLC.

Dated: March 17, 2014

                                          Respectfully submitted,

                                          **WENDELL FINNER, P.A.**
                                          *Attorneys for Plaintiff*
                                          340 Third Avenue South, Suite A
                                          Jacksonville, FL 32250-6767
                                          Tel.: 904-242-7070; Fax 904-242-7054

                                          By: s/**Ryan G. Moore**_____
                                          **Wendell Finner** – Florida Bar No. 93882
                                          wendell@beacheslaw.com
                                          **Ryan G. Moore** – Florida Bar No. 70038
                                          ryan@beacheslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above-indicated date, I served via e-mail all counsel of record or pro se parties identified below:

R. Frank Springfield
Matthew J. Devine
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
fspringf@burr.com
sthompson@burr.com
mdevine@burr.com
jnelson@burr.com

David C. Ansani
GLASS MOUNTAIN CAPITAL LLC
1930 Thoreau Dr., Ste. 100
Schaumburg, IL 60173
dansani@glassmountaincapital.com