UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BENJAMIN THIEROFF,**

    Plaintiff,

v.                                      CASE NO.    3:14-cv-209-J-25JBT

**ASSET ACCEPTANCE, LLC,** and
**GLASS MOUNTAIN CAPITAL, LLC**,

    Defendants.

## O R D E R

Pursuant to the Notice of Settlement (Dkt. 8), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

    **ORDERED** and **ADJUDGED**:

    1.  That this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

    2.  The Clerk is directed to close this case.

    **DONE AND ORDERED** at Jacksonville, Florida this 18th day of March, 2014.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record